Daniel Sadeh, Esq.
**HALPER SADEH LLP**
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZACHARY MADELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TELENAV, INC., DOUGLAS MILLER, H.P. JIN, SAMUEL CHEN, WES CUMMINS, and RANDY L. ORTIZ,<br><br>　　　　Defendants. | Case No: 1:21-cv-00106-RPK-SJB<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Zachary Madell hereby voluntarily dismisses the above-captioned action without prejudice. Defendants have not served an answer or a motion for summary judgment.

Dated: February 17, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**HALPER SADEH LLP**

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Daniel Sadeh
　　　　　　　　　　　　　　　　　　　　　　Daniel Sadeh, Esq.
　　　　　　　　　　　　　　　　　　　　　　667 Madison Avenue, 5th Floor
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10065
　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 763-0060
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (646) 776-2600
　　　　　　　　　　　　　　　　　　　　　　Email: sadeh@halpersadeh.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I, Daniel Sadeh, hereby certify that on February 17, 2021, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: February 17, 2021                                        /s/ Daniel Sadeh
                                                                                   Daniel Sadeh